

**Kraeber Law Office**
4510 O'Hara Ave., Suite A
Brentwood, Cal. 94513
925.513.1264   Phone
925.626.4224   Fax
855.245.4LAW   Toll Free

September 10, 2013

Hon. Phyllis J. Hamilton
U.S. District Court, Northern District of California
Oakland Courthouse, Courtroom 3 – 3rd Floor
1301 Clay Street
Oakland, CA  94612

Re:   Scharff v. American Medical Response, Inc., et al.
       U.S. District Court Northern District of California Case No. CV13-3180 PJH

To the Honorable Phyllis J. Hamilton:

Please allow this correspondence to serve as a request to withdraw Plaintiff's Motion for Remand set for hearing tomorrow, September 11, 2013 at 9:00 a.m.  I apologize for the last-minute nature of this request.

Very truly yours,

**KRAEBER LAW OFFICE**

Rhonda D. Shelton Kraeber          9/10/13

RSK;rs
Cc:  All counsel

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE MOTION IS WITHDRAWN.  THE
SEPTEMBER 11, 2013 HEARING DATE IS VACATED.

1