UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIRA LISA SCHARFF,

    Plaintiff,

    v.

AMERICAN MEDICAL RESPONSE INC.,

    Defendant.

_____/

No. C 13-3180 PJH

**ORDER OF DISMISSAL**

    The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this case, IT IS HEREBY ORDERED that this action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service on the opposing party thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty-day period.

    IT IS SO ORDERED.

Dated: June 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge